**ORIGINAL**

COUNTY OF SUFFOLK

UNITED STATES DISTRICT COURT

INDEX NO: 07 CIV 8329
FILED ON: October 12, 2007
DISTRICT: Southern/New York

Fred Alston, as Trustee of the Local 272 Labor-Management Pension FUnd; et ano

Plaintiff(s)

vs

Surrey Garage

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_Stephen L. Collen_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _October 31, 2007_, at _4:00pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed _Summons in a Civil Case, Complaint, Judge's Individual Rules & Instructions, Procedures and Guildelines for Filing an Electronic Case_, on _Surrey Garage_

Defendant in this action, by delivering to and leaving with _Chad Matice_, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section _306 Business Corporation Law_.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _25 years_   Approx. weight: _190_   Approx. Ht.: _6'2'_
Sex: _Male_   Color of skin: _White_   Color of hair: _Brown_   Other: _Glasses_

Sworn to before me on _November 2, 2007_

_Marcy A. O'Hare_ (signature)
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_Stephen L. Collen_ (signature)

Invoice•Work Order # 0708745